# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1720

_____

Pamela Jeanette Smith

*Plaintiff - Appellant*

v.

The Curators of the University of Missouri

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: February 27, 2020
Filed: March 3, 2020
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Pamela Smith appeals the district court's[1] adverse grant of summary judgment
in her employment action. After careful review of the record and the parties'

---

[1]The Honorable Willie J. Epps, Jr., United States Magistrate Judge for the
Western District of Missouri, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

arguments on appeal, we conclude that summary judgment was proper. *See Hartsfield v. Nichols,* 511 F.3d 826, 829 (8th Cir. 2008) (reviewing grant of summary judgment de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____